United States Bankruptcy Court
Eastern District of Virginia
Alexandria Division

In re:

**Gregory L. Schick,**

Debtor.

Case No. 15-10840-BFK

Chapter 7

### Order Enlarging Time to Object to Discharge of Debtor to October 13, 2015

This matter came before the Court, for hearing, on July 28, 2015, on the United States Trustee's Motion to Extend Time to Object to Discharge or to File a Motion to Dismiss. Docket No. 26

Present at the hearing were the attorney for the Debtor and the attorney for the United States Trustee.

Now, for reasons stated from the bench, it is hereby:

Ordered that the time for filing an objection to the discharge of the Debtor is enlarged to **Tuesday, October 13, 2015.**

Ordered that the Clerk shall serve a copy of this order on the parties listed below.

Date: Aug 7 2015

/s/ Brian F. Kenney
_____
Brian F. Kenney
Bankruptcy Judge

Entered on Docket Aug 10 2015

Judy A. Robbins
United States Trustee

/s/ Jack Frankel
Jack Frankel, Attorney
Office of United States Trustee
115 South Union Street
Alexandria, VA 22314
(703) 557-7229
E-mail Jack.I.Frankel@USDOJ.GOV
Seen:

Office of the United States Trustee
115 South Union Street
Alexandria, Virginia 22314
(703) 557-7229

_____
John W. Bevis, Esq.
Attorney for Debtor
10521 Judicial Drive, Suite 2014
Fairfax, VA 22030
(703) 691-1334
Email: johnbevis@bevislawoffices.com

cc:

Gregory L. Schick
5900 Oak Grove Street
Lorton, VA 22079

Janet M. Meiburger, Esq.
Chapter 7 Trustee
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101-5726
E-mail: janetm@meiburgerlaw.com

Certificate of Service

    I hereby certify that on the 3rd day of August, 2015, I e-mailed a copy of this proposed order to the attorneys listed above.

                      /s/  Jack Frankel
                      Jack Frankel